BARBARA STEWART, as Executor of ARCHIBALD STEWART, Deceased, Respondent, v GUY E.C. MAITLAND et al., Appellants, et al., Defendants.

Submitted October 5, 2009; decided January 12, 2010

Reported below, 58 AD3d 443.

Motion, insofar as defendants Maitland and Guida seek leave to appeal, dismissed upon the ground that as to these defend-

ants, the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion, insofar as defendants International Registries, Inc. and Oban, LLC seek leave to appeal, denied.